1  GAIL SHIFMAN (State Bar No. 147334)
2  Attorney at Law
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone:  (415) 551-1500
4  Facsimile:   (415) 551-1502

5
   Attorney for Defendant
6  TROY CHATTARIYANGKUL

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,           )  Case No.:  CR 12-71281-MAG
                                       )
13      Plaintiff,                      )  **STIPULATION AND [PROPOSED]**
                                       )  **ORDER MODIFYING CONDITIONS**
14      vs.                            )  **OF PRETRIAL RELEASE**
                                       )
15 TROY CHATTARIYANGKUL,               )
                                       )
16      Defendant.                      )
                                       )
17 _____ )

18

19

20      To enable the Defendant's ability to travel with his children to the San Diego area, the

21 parties hereby stipulate that the conditions of release shall be modified in the following manner:

22      1.   Defendant's travel shall be restricted to the State of California.

23      2.   All other conditions shall remain the same.

24 Dated: January 8, 2013                    Dated:  January 8, 2013

25      /s/                                       /s/
   _____          _____
26 GAIL SHIFMAN                          JOHN HEMANN
   Attorney for Defendant               Assistant U.S. Attorney
27

28 STIPULATION & [PROPOSED] ORDER
   MODIFYING CONDITIONS OF PRETRIAL RELEASE                          1

1

[PROPOSED] ORDER

2

3          This matter having come before the Court upon the stipulation of the parties and the

4    Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in

5    the following manner:

6

7          1.        Defendant's travel shall be restricted to the State of California.

           2.        All other conditions of supervised release shall remain the same.
8
     Dated:  January  11    , 2013
9

10                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     STIPULATION & [PROPOSED] ORDER
     MODIFYING CONDITIONS OF PRETRIAL RELEASE                                    2