MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-12-71281-MAG |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME PURSUANT TO FED. R. CRIM. P. 5.1 AND 18 U.S.C. § 3161(h) |
| v. | |
| TROY CHATTARIYANGKUL, | |
| Defendant. | |

The parties, by and through counsel, stipulate and agree as follows:

1. The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until September 9, 2013, and the hearing scheduled for July 29, 2013, vacated.

2. The parties have agreed to a pretrial diversion and are in the process of completing that agreement and notifying pretrial services. The parties agree that extending the time limits of Rule 5.1 serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 3-12-71281-MAG

3. The hearing scheduled for July 29, 2013, should be vacated. The next court appearance in this case shall be September 9, 2013, 2013, at 9:30 am before the duty magistrate in San Francisco, for preliminary hearing or indictment. The parties may seek further extension of the time limits in Rule 5.1(c) by stipulation.

SO STIPULATED AND AGREED,

DATED:                          MELINDA HAAG
                                 United States Attorney

                                 /s/
                                 _____
                                 CAROLYN SILANE
                                 Assistant United States Attorney

                                 /s/
DATED:                         _____
                                 GAIL SHIFMAN
                                 Counsel for Troy Chattariyangkul

### [PROPOSED] ORDER

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. § 3161(h)(7), IT IS SO ORDERED.

DATED: August 16, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge