MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CAROLYN SILANE (NYBN 4596235)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   E-Mail: carolyn.silane@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> TROY CHATTARIYANGKUL, <br>     Defendant. | No. CR 3-12-71281-MAG <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING APPEARANCE DATE AND EXCLUDING TIME PURSUANT TO FED. R. CRIM. P. 5.1 & 18 U.S.C. § 3161** |

The parties, by and through counsel, stipulate and agree as follows:

1. The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until November 7, 2013, and the hearing scheduled for September 9, 2013, vacated.

2. Counsel for the United States and the defendant are seeking to enter into a pre-trial diversion agreement in this case. Pre-trial Services informed the Government that it would like to conduct an investigation in order to make a recommendation regarding the agreement, which will take approximately 45 days. The parties are thus requesting to set a control date for November 7, 2013.

3. The parties agree that extending the time limits of Rule 5.1 and the Speedy Trial Act

serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(2); (h)(7).

3. The hearing scheduled for September 9, 2013, should be vacated. The next date in this case shall be a control date set for November 7, 2013, 2013, at 9:30 am before the duty magistrate in San Francisco.

SO STIPULATED AND AGREED,

          MELINDA HAAG
          United States Attorney

DATED: September 6, 2013          _____/s/_____
          CAROLYN SILANE
          Special Assistant United States Attorney

DATED: September 6, 2013          _____/s/_____
          GAIL SHIFFMAN
          Attorney for Troy Chattariyangkul

### [PROPOSED] ORDER

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. §§ 3161(h)(2); (h)(7), IT IS SO ORDERED.

DATED: September 9, 2013          _____
          HON. ELIZABETH LAPORTE
          United States Magistrate Judge