MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    John.Hemann@usdoj.gov

Attorneys for United States of America

FILED
FEB 13 2015
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 12-71281-MAG |
| Plaintiff, ) | NOTICE OF DISMISSAL |
| v. ) | |
| TROY CHATTARIYANGKUL, ) | |
| Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the defendant having completed a term of pretrial diversion, the United States Attorney for the Northern District of California dismisses the above complaint without prejudice and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: 2/12/2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

DAVID R. CALLAWAY
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 12-71281-MAG)

Leave is granted to the government to dismiss the complaint without prejudice. It is further ordered that the arrest warrant issued in connection with the complaint is quashed.

Date: 2/13/15

JOSEPH C. SPERO
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 12-71281-MAG)